No. 39, Misc.  PYEATTE v. BURKE, WARDEN.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 40, Misc.  MIRANDA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Maxwell W. Willens* for petitioner.  *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.  ▮.

No. 41, Misc.  KAVAL v. RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 42, Misc.  PALMER v. UNITED STATES.  Court of Claims.  Certiorari denied.  *Hugh Howell, Jr.* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 43, Misc.  SHOTKIN v. LINDSLEY ET AL.  Supreme Court of Colorado.  Certiorari denied.

No. 44, Misc.  SMALL v. SHAW, DIRECTOR OF DANNEMORA STATE HOSPITAL.  Court of Appeals of New York.  Certiorari denied.

No. 45, Misc.  GRESHAM v. CALIFORNIA ET AL.  Supreme Court of California.  Certiorari denied.

No. 47, Misc.  LAZENBY v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 48, Misc.  GREENE v. ROBINSON, WARDEN, ET AL.  Circuit Court of Peoria County, Peoria, Illinois.  Certiorari denied.